UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-22182-CIV-ALTONAGA/Goodman

GISNET THIMOGENE,

    Plaintiff,

vs.

JC BAKESHOP, INC. and
SHELLY A. POWERS,
    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW the Plaintiff GISNET THIMOGENE, by and through the undersigned counsel, and hereby files this Notice of Settlement and states as follows:

1. The Parties have settled the above captioned matter;

2. This Notice of Settlement cancels the need for the Settlement Conference scheduled before Magistrate Judge Jonathan Goodman on July 7, 2020 at 9:30 a.m., and any other matters pending before this Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was e-served this 30th day of June, 2020, upon: Cody German, Esq. at Cody.German@csklegal.com, erika.agosto@csklegal.com, and seigryd.lostal@csklegal.com.

**JEFFREY P. GALE, P.A.**
Attorney for Employee
9999 N.E. 2nd Avenue, Suite 304
Miami Shores, Florida 33138
Tel. (305) 758-4900
Fax. (305) 758-4949

1

Primary Email: jgale@jeffgalelaw.com
Secondary Email: kgale@jeffgalelaw.com

By: */s/ Jeffrey P. Gale*
    JEFFREY P. GALE, P.A.
    Fla. Bar No. 0471992